IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| CARY BAYLOR, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| BAILEY, PERRIN, BAILEY, *et al.*, | ) |
| Defendants. | ) Civil Action No. 3:18-CV-502-C-BH |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that Plaintiff Cary Baylor's *pro se* complaint be dismissed for want of prosecution. Plaintiff failed to file any objections (or otherwise comply with the Magistrate Judge's orders) and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the above-styled and -numbered civil action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

SO ORDERED this 27th day of April, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE